|   |   |   |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
|   | * | SUPREME COURT |
|   | * | OF MARYLAND |
| v. | * | AG No. 46<br>September Term, 2022 |
| RYAN THOMAS WEST | * | (No. C-23-CV-23-000023, Circuit Court for Worcester County) |
|   | * |   |

**O R D E R**

Upon consideration of the Joint Petition for Ninety Day Suspension, Stayed in Favor of One Year Probation with Terms, filed on May 12, 2023, by Bar Counsel and the Respondent, Ryan Thomas West, in which the Respondent agrees that the conduct described in the joint petition violates MARPC 19-301.1, 19-301.2(a), 19-301.3, 19-301.4, 19-303.1(a)(1), 19-303.3, and 19-308.4(d) and in which he consents to the imposition of a 90-day suspension, with that suspension stayed in favor of one year of probation with terms and conditions, it is this 17th day of May 2023,

ORDERED, by the Supreme Court of Maryland, that the Respondent, Ryan Thomas West, be suspended for 90 days from the practice of law in the State of Maryland; and it is further

ORDERED, that the suspension is STAYED in favor of one year of probation under the terms and conditions set forth in the Probation Agreement.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk

/s/ Shirley M. Watts
Senior Justice